# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 09-1636 (RBW) |
| FEDERAL TRADE COMMISSION, | ) |
| Defendant. | ) |

## AMENDED ORDER

For the reasons set forth in the Court's oral rulings at the hearing on the motion, as well as those set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the plaintiff's motion for summary judgment is **GRANTED**.

**SO ORDERED** this 1st day of December, 2009.

\_\_\_\_\_/s/_____
Reggie B. Walton
United States District Judge