UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>Defendant. | Civil Action No. 09-1636 (RBW) |

## JUDGMENT

With the Court having granted the Motion for Partial Summary Judgment filed by Plaintiff American Bar Association (the "ABA"), and with the ABA having agreed to voluntarily dismiss Counts II and III of the Complaint for Declaratory and Injunctive Relief without prejudice, for the reasons set forth in the Court's Memorandum Opinion dated December 1, 2009, it is hereby

**DECLARED** and **DECREED** that the defendant Federal Trade Commission ("Commission") exceeded its statutory authority by determining that the Commission's Red Flags Rule, 16 C.F.R. § 681.1, can be applied to lawyers engaged in the practice of law; and it is

**ORDERED** that the Commission, as well as its agents, servants, employees, successors and assigns, are hereby enjoined from enforcing the requirements of the Commission's Red Flags Rule, 16 C.F.R. § 681.1, against lawyers engaged in the practice of law; and it is

**FURTHER ORDERED** that Counts II and III of the Complaint for Declaratory and Injunctive Relief are dismissed without prejudice; and it is

FURTHER ORDERED that, for purposes of 28 U.S.C. § 1291 and Rule 4 of the Federal Rules of Appellate Procedure, this Judgment constitutes the final judgment from which an appeal may be taken.

SO ORDERED this 28th day of December, 2009.

By: /s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge