APPEAL, TYPE−C

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:09−cv−01636−RBW
*Internal Use Only*

| | |
|---|---|
| AMERICAN BAR ASSOCIATION v. FEDERAL TRADE COMMISSION<br>Assigned to: Judge Reggie B. Walton<br> Case:  1:09−cv−02116−RBW<br>Cause: 05:702 Administrative Procedure Act | Date Filed: 08/27/2009<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**AMERICAN BAR ASSOCIATION**  represented by  **James F. Segroves**
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, DC 20004
(202) 416−6800
Fax: (202) 416−6899
Email: jsegroves@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Aaron Lewis**
1585 Broadway
New York, NY 10036−8299
(212) 969−3676
Email: dlewis@proskauer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patricia J. Larson**
AMERICAN BAR ASSOCIATION
321 North Clark Street
Chicago, IL 60654
(312) 988−6684
Email: larsonp@staff.abanet.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca Louise Ambrose**
1585 Broadway
New York, NY 10036−8299
(212) 969−3038
Email: rambrose@proskauer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Thomas Howell , Jr.**

AMERICAN BAR ASSOCIATION
321 North Clark Street
Chicago, IL 60654
(312) 988−5215
Email: thowell@staff.abanet.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Charles Krane**
1585 Broadway
New York, NY 10036−8299
(212) 969−3435
Email: skrane@proskauer.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FEDERAL TRADE COMMISSION**  represented by  **John F. Daly**
FEDERAL TRADE COMMISSION
Office of General Counsel
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326−2244
Email: jdaly@ftc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Bergman**
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580−0001
(202) 326−3184
Fax: (202) 326−2477
Email: mbergman@ftc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN ASSOCIATION FOR JUSTICE**  represented by  **John Vail**
CENTER FOR CONSTITUTIONAL
LITIGATION, P.C.
777 6th Street, NW
Suite 520
Washington, DC 20001
(202) 944−2803
Fax: (202) 965 0920
Email: john.vail@cclfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/27/2009 | 1 | | COMPLAINT against FEDERAL TRADE COMMISSION ( Filing fee $ 350, receipt number 4616023582) filed by AMERICAN BAR ASSOCIATION. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 08/28/2009) |
| 08/27/2009 | | | SUMMONS (3) Issued as to FEDERAL TRADE COMMISSION, U.S. Attorney and U.S. Attorney General. (jf, ) (Entered: 08/28/2009) |
| 08/27/2009 | 2 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests NONE by AMERICAN BAR ASSOCIATION. (jf, ) (Entered: 08/28/2009) |
| 09/01/2009 | 3 | | MOTION for Leave to Appear Pro Hac Vice by AMERICAN BAR ASSOCIATION (Attachments: # 1 Declaration of Steven C. Krane, # 2 Declaration of Kristen J. Mathews, # 3 Declaration of David A. Lewis, # 4 Declaration of Rebecca L. Ambrose, # 5 Declaration of R. Thomas Howell, Jr., # 6 Declaration of Patricia J. Larson, # 7 Text of Proposed Order)(Segroves, James) (Entered: 09/01/2009) |
| 09/01/2009 | 4 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to FEDERAL TRADE COMMISSION served on 8/31/2009, answer due 10/30/2009. (Attachments: # 1 Exhibit Certified Mail Receipts, # 2 Exhibit Track &Confirm Records)(Segroves, James) (Entered: 09/01/2009) |
| 09/01/2009 | | | MINUTE ORDER granting 3 Motion for Leave to Appear Pro Hac Vice. Steven C. Krane, Kristen J. Mathews, David A. Lewis, Rebecca L. Ambrose, R. Thomas Howell, Jr., and Patricia J. Larson may appear in the above−captioned proceeding on behalf of the plaintiff. Signed by Judge Reggie B. Walton on 09/01/09. (lcrbw2 ) (Entered: 09/01/2009) |
| 09/10/2009 | 5 | | NOTICE of Appearance by Michael D. Bergman on behalf of FEDERAL TRADE COMMISSION (Bergman, Michael) (Entered: 09/10/2009) |
| 09/10/2009 | 6 | | NOTICE of Appearance by John F. Daly on behalf of FEDERAL TRADE COMMISSION (Daly, John) (Entered: 09/10/2009) |
| 09/23/2009 | 7 | | MOTION for Partial Summary Judgment by AMERICAN BAR ASSOCIATION (Attachments: # 1 Exhibit N.Y. State Bar Assn v. Fed. Trade Comm'n, Civil Action No. 02−810 (RBW), 2004 WL 964173 (D.D.C. Apr. 30, 2004), # 2 Text of Proposed Order)(Krane, Steven) (Entered: 09/23/2009) |
| 10/01/2009 | 8 | | Consent MOTION for Extension of Time to File Response/Reply as to 7 MOTION for Partial Summary Judgment by FEDERAL TRADE COMMISSION (Attachments: # 1 Text of Proposed Order Proposed Order Granting Defendant's Consent Motion for an Extension of Time to file Opposing Points and Authorities and Setting Forth Proposed Briefing Schedule)(Bergman, Michael) (Entered: 10/01/2009) |
| 10/06/2009 | | | MINUTE ORDER granting 8 Motion for Extension of Time to File Response/Reply. The defendant shall have until October 13, 2009, to file its memorandum of points and authorities in opposition to the plaintiff's motion for partial summary judgment. Signed by Judge Reggie B. Walton on 10/06/09. (lcrbw2) (Entered: 10/06/2009) |

| | | | |
|---|---|---|---|
| 10/06/2009 | | | Set/Reset Deadlines: Memorandum of Points and Authority in opposition to motion for partial summary judgment due by 10/13/2009 (mpt, ) (Entered: 10/06/2009) |
| 10/06/2009 | 9 | | MOTION for Leave to File Amicus Curiae Brief by AMERICAN ASSOCIATION FOR JUSTICE (Attachments: # 1 Text of Proposed Order, # 2 Proposed Amicus Brief)(znmw, ) (Entered: 10/06/2009) |
| 10/09/2009 | | | Set/Reset Hearings: Motion Hearing set for 10/29/2009 10:30 AM in Courtroom 16 before Judge Reggie B. Walton. (mpt, ) (Entered: 10/09/2009) |
| 10/09/2009 | | | MINUTE ORDER granting 9 Motion for Leave to File. Upon consideration of American Association for Justice's motion seeking to file an amicus curiae brief in support of the plaintiff, to which the defendant consents to the filing, the Court finds good cause to grant the motion. The amicus curiae brief shall be deemed filed. As already noted on the docket, the parties shall appear at 10:30 a.m. on October 29, 2009, in Courtroom 16 of the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001, for a hearing on the plaintiff's motion for partial summary judgment. Each side shall receive thirty minutes for argument. Signed by Judge Reggie B. Walton on 10/09/09. (lcrbw2) (Entered: 10/09/2009) |
| 10/09/2009 | 10 | | AMICUS BRIEF by AMERICAN ASSOCIATION FOR JUSTICE. (td, ) (Entered: 10/13/2009) |
| 10/13/2009 | 11 | | Memorandum in opposition to re 7 MOTION for Partial Summary Judgment filed by FEDERAL TRADE COMMISSION. (Attachments: # 1 Text of Proposed Order Denying Plaintiff's Motion for Partial Summary Judgment)(Bergman, Michael) (Entered: 10/13/2009) |
| 10/23/2009 | 12 | | REPLY to opposition to motion re 7 MOTION for Partial Summary Judgment filed by AMERICAN BAR ASSOCIATION. (Krane, Steven) (Entered: 10/23/2009) |
| 10/23/2009 | 13 | | ADMINISTRATIVE RECORD *EXCERPTS (Local Civil Rule 7(n) Joint Appendix)* by AMERICAN BAR ASSOCIATION, FEDERAL TRADE COMMISSION. (Krane, Steven) (Entered: 10/23/2009) |
| 10/29/2009 | | | Minute Entry for proceedings held before Judge Reggie B. Walton: Motion Hearing held on 10/29/2009 re 7 MOTION for Partial Summary Judgment filed by AMERICAN BAR ASSOCIATION. (Court Reporter Cathryn Jones.) (mpt, ) (Entered: 10/29/2009) |
| 10/30/2009 | 14 | | ORDER granting 7 Motion for Partial Summary Judgment. Upon consideration of the parties' written submission, the applicable legal authority, the oral arguments presented by the parties at the October 29, 2009 hearing on the motion, and for the reasons that will be set forth in the Memorandum Opinion to be issued by the Court within the next thirty days, absent extraordinary circumstances, the plaintiff's motion for summary judgment on Count I of its complaint is granted. The parties shall submit to the Court by November 20, 2009, a joint proposed schedule setting forth agreed−upon deadlines for the ultimate resolution of this matter. Signed by Judge Reggie B. Walton on 10/30/09. (lcrbw2) (Entered: 10/30/2009) |
| 10/30/2009 | 15 | | |

| | | | |
|---|---|---|---|
| | | | AMENDED ORDER granting 7 Motion for Partial Summary Judgment. This order has been amended to reflect to the proper date upon which the plaintiff's complaint was filed. Upon consideration of the parties' written submission, the applicable legal authority, the oral arguments presented by the parties at the October 29, 2009 hearing on the motion, and for the reasons that will be set forth in the Memorandum Opinion to be issued by the Court within the next thirty days, absent extraordinary circumstances, the plaintiff's motion for summary judgment on Count I of its complaint is granted. The parties shall submit to the Court by November 20, 2009, a joint proposed schedule setting forth agreed−upon deadlines for the ultimate resolution of this matter. Signed by Judge Reggie B. Walton on 10/30/09. (lcrbw2) (Entered: 10/30/2009) (Entered: 10/30/2009) |
| 10/30/2009 | | | Set/Reset Deadlines: Joint Proposed Schedule due by 11/20/2009. (mpt, ) (Entered: 10/30/2009) |
| 10/30/2009 | 16 | | ANSWER to 1 Complaint by FEDERAL TRADE COMMISSION. Related document: 1 Complaint filed by AMERICAN BAR ASSOCIATION.(Bergman, Michael) (Entered: 10/30/2009) |
| 11/03/2009 | 17 | | NOTICE *of New Identity Theft Red Flags Rule Extended Enforcement Policy Statement* by FEDERAL TRADE COMMISSION (Attachments: # 1 FTC Extended Enforcement Policy statement 103009)(Bergman, Michael) (Entered: 11/03/2009) |
| 11/04/2009 | 18 | | RESPONSE re 17 Notice (Other) *Plaintiffs Response To Defendants Notice Of New Identity Theft Red Flags Rule Extended Enforcement Policy Statement* filed by AMERICAN BAR ASSOCIATION. (Attachments: # 1 Exhibit Press Release, FTC Extends Enforcement Deadline For Identity Theft Red Flags Rule (Oct. 30, 2009))(Krane, Steven) (Entered: 11/04/2009) |
| 11/06/2009 | 19 | | Joint MOTION to Amend/Correct 15 Order,,, Set/Reset Deadlines *that the Parties Submit a Proposed Deadlines Schedule for the Ultimate Resolution of this Matter* by FEDERAL TRADE COMMISSION (Attachments: # 1 Text of Proposed Order Granting Parties' Joint Motion to Modify the Court's October 30, 2009, Order that the Parties Submit a Proposed Deadlines Schedule for the Ultimate Resolution of this Matter)(Bergman, Michael) (Entered: 11/06/2009) |
| 11/10/2009 | 20 | | TRANSCRIPT OF PROCEEDINGS before Judge Reggie B. Walton held on October 29, 2009; Page Numbers: 1−76. Court Reporter/Transcriber Cathryn Jones, Telephone number 202 354−3246, Court Reporter Email Address : cjjones10@verizon.net.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically |

| | | | |
|---|---|---|---|
| | | | covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 12/1/2009. Redacted Transcript Deadline set for 12/11/2009. Release of Transcript Restriction set for 2/8/2010.(Jones, Cathryn) (Entered: 11/10/2009) |
| 11/10/2009 | | | MINUTE ORDER granting 19 Motion to Amend/Correct. The Court having considered the parties' Joint Motion to Modify the Court's October 30, 2009, Order that the Parties Submit a Proposed Deadlines Schedule for the Ultimate Resolution of this Matter, it is hereby ordered that the motion is granted, and that the parties need not submit to the Court by November 20, 2009, a joint proposed schedule setting forth agreed−upon deadlines for the ultimate resolution of this matter, as previously ordered. Instead, the parties are ordered to submit a statement within 21 days after issuance of the Court's Memorandum Opinion in this matter stating their positions as to whether the remaining claims for relief in this matter need to be resolved or whether any further actions need to be taken before a final judgment for purposes of Fed. R. Civ. P. 54 and 58, and a final decision for purposes of 28 U.S.C. § 1291, can be entered by this Court. Signed by Judge Reggie B. Walton on 11/10/09. (lcrbw2) (Entered: 11/10/2009) |
| 12/01/2009 | 21 | | MEMORANDUM AND OPINION. For the reasons set forth in the Court's oral rulings at the October 29, 2009 hearing on the plaintiff's motion for partial summary judgment, as well as those set forth in this Memorandum Opinion, the plaintiff's motion for summary judgment was granted by the Order of October 30, 2009 15 , which is hereby amended by the accompanying December 1, 2009 Amended Order. Signed by Judge Reggie B. Walton on 12/1/09. (lcrbw2) (Entered: 12/01/2009) |
| 12/01/2009 | 22 | | AMENDED ORDER. For the reasons set forth in the Court's oral rulings at the hearing on the motion, as well as those set forth in the accompanying Memorandum Opinion, it is hereby ordered that the plaintiff's motion for summary judgment is granted. Signed by Judge Reggie B. Walton on 12/1/09. (lcrbw2) (Entered: 12/01/2009) |
| 12/22/2009 | 23 | | STATUS REPORT *Joint Statement Regarding Further Action in this Matter* by AMERICAN BAR ASSOCIATION, FEDERAL TRADE COMMISSION. (Attachments: # 1 Text of Proposed Order ABA's Proposed Judgment, # 2 Text of Proposed Order FTC's Proposed Judgment)(Segroves, James) (Entered: 12/22/2009) |
| 12/28/2009 | 24 | 9 | JUDGMENT. Signed by Judge Reggie B. Walton on 12/28/09. (mpt, ) (Entered: 12/28/2009) |
| 02/25/2010 | 25 | 7 | NOTICE OF APPEAL as to 24 Judgment by FEDERAL TRADE COMMISSION. Fee Status: No Fee Paid. Parties have been notified. (Bergman, Michael) (Entered: 02/25/2010) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>FEDERAL TRADE COMMISSION  )<br>)<br>Defendant.  )<br>)<br>)  | No. 1:09-cv-01636-RBW |

## NOTICE OF APPEAL

**Notice is hearby given** this 25th day of February, 2010, that defendant, Federal Trade Commission, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Judgment, entered in this action on December 28, 2009, in favor of plaintiff and against said defendant.

    Respectfully submitted,

    WILLARD K. TOM
    General Counsel

    JOHN F. DALY, D.C. Bar # 250217
    Deputy General Counsel for Litigation

    /s/ *Michael D. Bergman*
    MICHAEL D. BERGMAN, D.C. Bar # 437994
    Attorney
    Federal Trade Commission
    600 Pennsylvania Ave., N.W.
    Washington, D.C. 20580
    (202) 326-3184
    Fax: (202) 326-2477
    mbergman@ftc.gov
    *Attorneys for defendant Federal Trade Commission*

**TO THE CLERK**:   Please send copies of the Notice of Appeal to the following at the addresses indicated:

*Counsel for Plaintiff American Bar Association*:

James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
(202) 416-6800
(202) 416-6899 (fax)
jsegroves@proskauer.com

Steven C. Krane
Kristen J. Mathews
David A. Lewis
Rebecca L. Ambrose
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)
skrane@proskauer.com
kmathews@proskauer.com
dlewis@proskauer.com
rambrose@proskauer.com

R. Thomas Howell, Jr.
General Counsel
Patricia J. Larson
Deputy General Counsel
AMERICAN BAR ASSOCIATION
321 N. Clark Street
Chicago, IL 60654
(312) 988-5215
(312) 988-5217 (fax)
thowell@staff.abanet.org
larsonp@staff.abanet.org

*Counsel for Defendant Federal Trade Commission*:

John F. Daly
Deputy General Counsel for Litigation
Michael D. Bergman
Attorney
Office of the General Counsel
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Room 582
Washington, D.C. 20580
(202) 326-3184
(202) 326-2477 (fax)
jdaly@ftc.gov
mbergman@ftc.gov

*Counsel for Amicus American Association for Justice*:

John Vail
CENTER FOR CONSTITUTIONAL LITIGATION, P.C.
777 6th Street, N.W.
Suite 520
Washington, D.C. 20001
(202) 944-2803
Fax: (202) 965-0920
john.vail@cclfirm.com

8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN BAR ASSOCIATION,

Plaintiff,

v.

FEDERAL TRADE COMMISSION,

Defendant.

Civil Action No. 09-1636 (RBW)

## JUDGMENT

With the Court having granted the Motion for Partial Summary Judgment filed by Plaintiff American Bar Association (the "ABA"), and with the ABA having agreed to voluntarily dismiss Counts II and III of the Complaint for Declaratory and Injunctive Relief without prejudice, for the reasons set forth in the Court's Memorandum Opinion dated December 1, 2009, it is hereby

**DECLARED** and **DECREED** that the defendant Federal Trade Commission ("Commission") exceeded its statutory authority by determining that the Commission's Red Flags Rule, 16 C.F.R. § 681.1, can be applied to lawyers engaged in the practice of law; and it is

**ORDERED** that the Commission, as well as its agents, servants, employees, successors and assigns, are hereby enjoined from enforcing the requirements of the Commission's Red Flags Rule, 16 C.F.R. § 681.1, against lawyers engaged in the practice of law; and it is

**FURTHER ORDERED** that Counts II and III of the Complaint for Declaratory and Injunctive Relief are dismissed without prejudice; and it is

FURTHER ORDERED that, for purposes of 28 U.S.C. § 1291 and Rule 4 of the Federal Rules of Appellate Procedure, this Judgment constitutes the final judgment from which an appeal may be taken.

SO ORDERED this 28th day of December, 2009.

By: /s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge