# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 10-5057**                                       **September Term, 2010**

FILED ON: MARCH 4, 2011

AMERICAN BAR ASSOCIATION,
    APPELLEE

v.

FEDERAL TRADE COMMISSION,
    APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:09-cv-01636)

---

Before: ROGERS and GRIFFITH, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment and opinion of the District Court appealed from in this cause is hereby vacated and the case is remanded to the District Court with instructions to dismiss the case as moot, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

BY:                /s/
                    Jennifer M. Clark
                    Deputy Clerk

Date: March 4, 2011

Opinion for the court filed by Senior Circuit Judge Edwards.